McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>NAISHA CHANTELL DAVIS,<br><br>Defendant. | CR. NO. S-07-043-GEB |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>LAWRENCE HAROLD WILLIAMS,<br><br>Defendant. | CR. NO. S-07-050-WBS<br><br>MOTION TO RELATE CASES<br>AND PROPOSED ORDER |

Pursuant to this Court's Local Rule 83-123(3) & (4), plaintiff United States of America hereby notifies the Court of the filing of a related case and the United States further moves that the case be related.

On February 8, 2007, an Indictment was filed initiating case number CR. S-07-043-GEB against Davis. The Indictment charges Davis with mail fraud (18 U.S.C. 1341), aggravated identity theft

1

(18 U.S.C. 1028A), making a false claim to the Federal Emergency Management Agency (FEMA) (18 U.S.C. 287), and false representation of a social security number (42 U.S.C. 408).  Generally, Davis is charged in connection with a scheme to steal FEMA disaster assistance in the aftermath of Hurricane Katrina.  Davis is charged with submitting a fraudulent application for federal (FEMA) monetary aid.  Davis involved Lawrence Harold Williams, defendant in case number CR. NO. S-07-050-WBS, in her charged fraudulent acts.  Davis claimed Williams as a co-registrant to her fraudulent FEMA application.  Also, Williams is the father of a female child (approx. 2 years of age) that was listed on Davis' fraudulent FEMA application.

On February 15, 2007, an Indictment was filed initiating case no. CR. S-07-050-WBS against Williams.  The Indictment charges Williams with mail fraud (18 U.S.C. 1341), making false claims to FEMA (18 U.S.C. 287), theft of U.S. property (18 U.S.C. 641), and making false statements (18 U.S.C. 1001).  Generally, Williams (like Davis) is charged in connection with a scheme to steal FEMA disaster assistance in the aftermath of Hurricane Katrina. Williams is charged with submitting fraudulent applications for federal (FEMA) monetary aid.

The United States submits that the recently charged matter against Williams, Cr. 07-050-WBS, should be related before Judge Burrell with the EARLIER charged case against Davis.  In each case there is the same victim (FEMA), similar witnesses, related defendants, related addresses, and a similar factual background. Further, each defendant similarly is charged with mail fraud and false claims concerning FEMA disaster assistance.  Each defendant

used background/i.d. information related to the other.  For example, Davis claimed Williams as a co-registrant and she used a derivation of his social security number.  Williams claimed a former New Orleans address of Davis' mother as his primary residence in a designated disaster area.

Accordingly, the United States submits that in each case, there are related evidence issues, sentencing issues and/or similar witness concerns.  Significantly, relation of the case concerning Williams with the case already before the previously assigned judicial officer (Judge Burrell) would help victim (FEMA) representatives and witnesses deal with prosecutive and judicial burdens.  In addition, relating the Williams matter with the EARLIER case (against Davis) would be efficient for the U.S. Probation Office.

Dated:  2/15/2007

McGREGOR W. SCOTT
United States Attorney

By: /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

---

**RELATED CASE ORDER**

Examination of the above-captioned matter, CR. NO. S-07-043-GEB, and the criminal action in CR. NO. S-07-050-WBS reveals that the actions are related within the meaning of Local Rule 83-123. The actions involve similar transactions, including as to victims and witnesses, and would therefore entail a substantial duplication

3

of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge.  No consolidation of the actions is effected.  Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-07-050-WBS is reassigned to Judge Burrell, for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other jurist's initials.

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: February 16, 2007

GARLAND E. BURRELL, JR.
United States District Judge

4