FILED
February 16, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Naisha Chantell Davis, )<br>)<br>Defendant. ) | Case No. 2:07-cr-43 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Naisha Chantell Davis  Case 2:07-cr-43 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

     X    Unsecured bond in the amount of $25,000

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

     X    (Other)  PTS conditions/supervision

Issued at  Sacramento, CA  on  2/16/07   at  2:15 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge