McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br>NAISHA CHANTELL DAVIS,<br><br>        Defendant. | CR. NO. S-07-043-GEB |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br>TRUDY MARIA DAVIS,<br><br>        Defendant. | CR. NO. S-07-044-MCE<br><br>MOTION AND STIPULATION TO RELATE CASES AND PROPOSED ORDER |

Pursuant to this Court's Local Rule 83-123(3) & (4), plaintiff United States of America hereby notifies the Court of the filing of a related case and the United States further moves that the case be related.

On February 8, 2007, an Indictment was filed initiating case number CR. S-07-043-GEB against Naisha Chantell Davis.  This matter was assigned to the Hon. Garland E. Burrell, Jr.  The Indictment charges Naisha Chantell Davis with mail fraud (18 U.S.C. 1341),

1

aggravated identity theft (18 U.S.C. 1028A), making a false claim to the Federal Emergency Management Agency (FEMA) (18 U.S.C. 287), and false representation of a social security number (42 U.S.C. 408).  Generally, Naisha Chantell Davis is charged in connection with a scheme to steal FEMA disaster assistance in the aftermath of Hurricane Katrina.  Naisha Chantell Davis is charged with submitting a fraudulent application for federal (FEMA) aid.[1]

On February 8, 2007, an Indictment was filed initiating case no. CR. S-07-044-MCE against Trudy Maria Davis.  The Indictment charges Trudy Maria Davis with mail fraud (18 U.S.C. 1341), making false claims to FEMA (18 U.S.C. 287), and theft of U.S. property (18 U.S.C. 641).  Generally, Trudy Maria Davis (like Naisha Chantell Davis) is charged in connection with a scheme to steal FEMA disaster assistance in the aftermath of Hurricane Katrina. Trudy Maria Davis is charged with submitting fraudulent applications for federal (FEMA) monetary aid.

The United States submits that the case against Trudy Maria Davis, Cr. 07-044-MCE, should be related before Judge Burrell with the EARLIER charged case against Naisha Chantell Davis, Cr. 07-043-GEB.  In each case there is the same victim (FEMA), similar witnesses, related defendants (mother and daughter), related

---

[1] Naisha Chantell Davis involved Lawrence Harold Williams, defendant in case number CR. NO. S-07-050-WBS, in her charged fraudulent acts.  Naisha Chantell Davis claimed Williams as a co-registrant to her fraudulent FEMA application.  Also, Williams is the father of a female child (approx. 2 years of age) that was listed on Naisha Chantell Davis' fraudulent FEMA application.  On February 15, 2007, an Indictment was filed initiating case no. CR. S-07-050-WBS against Williams.  By district court order on February 16, 2007, the case against Williams was related to the EARLIER charged case against Naisha Chantell Davis.  Thus, the two matters were assigned to the same judge, the Hon. Garland E. Burrell, Jr.

2

addresses, and a similar factual background.  Further, each defendant similarly is charged with mail fraud and false claims concerning FEMA disaster assistance.  Each defendant used background information related to the other.

Defense counsel for Trudy Maria Davis, Assistant Federal Defender Rachelle Barbour, stipulates and agrees that the matter against Trudy Maria Davis is properly related to the matter against Naisha Chantell Davis.  During arraignment proceedings in U.S. Magistrate Court on February 16, 2007, the United States and Trudy Maria Davis, through her counsel, stipulated that the matters are related and -- in anticipation of the United States' Motion to Relate the two matters -- agreed to set the case (against Trudy Maria Davis) for status hearing on March 23, 2007 (on the same date as the status hearing in the case against Naisha Chantell Davis), all before the Hon. Garland E. Burrell Jr.

Accordingly, the United States submits that in each case, there are related evidence issues, sentencing issues and/or similar witness concerns.  Significantly, relation of the case concerning Trudy Maria Davis with the case already before the previously assigned judicial officer (Judge Burrell) would help victim (FEMA) representatives and witnesses deal with prosecutive and judicial burdens.  In addition, relating the Trudy Maria Davis matter with the EARLIER case (against Naisha Chantell Davis) would be efficient for the U.S. Probation Office.

Dated: 2/16/2007

McGREGOR W. SCOTT
United States Attorney
/s/ Michelle Rodriguez

By: 
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

3

**RELATED CASE ORDER**

Examination of the above-captioned matter, CR. NO. S-07-043-GEB, and the criminal action in CR. NO. S-07-044-MCE reveals that the actions are related within the meaning of Local Rule 83-123. The actions involve similar transactions, including as to victims and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge. No consolidation of the actions is effected. Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-07-044-MCE is reassigned to Judge Burrell, for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other jurist's initials.

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: February 21, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

4