Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant
NAISHA CHANTELL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S 07 0043 GEB |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| NAISHA CHANTELL DAVIS, | |
| Defendant. | |

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for March 23, 2007 at 9:00 a.m.

2. Defense counsel was recently provided voluminous discovery materials. Additional time is needed for counsel to review these materials both by himself and with the client. Therefore, a continuance of the status conference until **April 13, 2007** is requested.

3. It is further stipulated by the parties that time continue to be excluded to April 13, 2007 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

\\\

1

DATED: March 23, 2007          /s/ Tim Warriner
                               Attorney for defendant, NAISHA CHANTELL DAVIS

DATED: March 23, 2007          /s/ Michelle Rodriguez
                               Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for March 23, 2007 be continued to April 13, 2007 at 9:00 a.m., and that time continue to be excluded to April 13, 2007 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

Dated: March 26, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2